| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| L0K | 101362 | 000300 | | 0000490262 | 052 1 |

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN PA 19036

# Earnings Statement

ADP

| | |
|---|---|
| Period Beginning: | 11/24/2024 |
| Period Ending: | 11/30/2024 |
| Pay Date: | 12/06/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

WHITNEY R OVERBEY
1853 WEST CHAMPLOST AVENUE
PHILADELPHIA PA 19141

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 33.00 | 478.50 | 1,961.13 |
| Overtime | 21.7500 | 2.00 | 43.50 | 87.00 |
| Holiday Wrk | 21.7500 | 7.00 | 152.25 | 152.25 |
| **Gross Pay** | | | **$674.25** | 2,200.38 |

## Deductions Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -42.76 | 149.59 |
| Social Security Tax | -41.80 | 136.42 |
| Medicare Tax | -9.78 | 31.91 |
| PA State Income Tax | -20.70 | 67.55 |
| Philadelphia Income Tax | -25.28 | 82.51 |
| PA SUI Tax | -0.47 | 1.54 |

**Net Pay** $533.46
CHECKING -533.46
**Net Check** $0.00

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 42.00 | |

### Important Notes
BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
 PA:    Married

Your federal taxable wages this period are $674.25

© 2000 ADP Inc

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN PA 19036

Advice number: 00000490262
Pay date: 12/06/2024

Deposited to the account of
WHITNEY R OVERBEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8301 | xxxx xxxx | $533.46 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 12/01/2024 |
| Period Ending: | 12/07/2024 |
| Pay Date: | 12/13/2024 |

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN PA 19036

WHITNEY R OVERBEY
1853 WEST CHAMPLOST AVENUE
PHILADELPHIA PA 19141

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 2,541.13 |
| Overtime | 21.7500 | 2.00 | 43.50 | 130.50 |
| SignOnBon | | | 250.00 | 250.00 |
| Holiday Wrk | | | | 152.25 |
| **Gross Pay** | | | **$873.50** | 3,073.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.67 | 216.26 |
| | Social Security Tax | -54.16 | 190.58 |
| | Medicare Tax | -12.66 | 44.57 |
| | PA State Income Tax | -26.82 | 94.37 |
| | Philadelphia Income Tax | -32.76 | 115.27 |
| | PA SUI Tax | -0.61 | 2.15 |
| **Net Pay** | | **$679.82** | |
| CHECKING | | -679.82 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 42.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:     Married

Your federal taxable wages this period are $873.50

© 2000 ADP, Inc.

---

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN PA 19036

| | |
|---|---|
| Advice number: | 00000500259 |
| Pay date: | 12/13/2024 |

Deposited to the account of
WHITNEY R OVERBEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8301 | xxxx xxxx | $679.82 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| L0K | 101362 | 000300 | | 0000510258 | 052 1 |

# Earnings Statement

**ADP**

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN  PA  19036

Period Beginning: 12/08/2024
Period Ending: 12/14/2024
Pay Date: 12/20/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

WHITNEY R OVERBEY
1853 WEST CHAMPLOST AVENUE
PHILADELPHIA  PA  19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 3,121.13 |
| Overtime | 21.7500 | 2.00 | 43.50 | 174.00 |
| Holiday Wrk | | | | 152.25 |
| SignOnBon | | | | 250.00 |
| **Gross Pay** | | | **$623.50** | 3,697.38 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 42.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:    Married

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.67 | 252.93 |
| | Social Security Tax | -38.66 | 229.24 |
| | Medicare Tax | -9.04 | 53.61 |
| | PA State Income Tax | -19.14 | 113.51 |
| | Philadelphia Income Tax | -23.38 | 138.65 |
| | PA SUI Tax | -0.44 | 2.59 |
| **Net Pay** | | **$496.17** | |
| CHECKING | | -496.17 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $623.50

© 2000 ADP Inc

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN  PA  19036

Advice number: 00000510258
Pay date: 12/20/2024

Deposited to the account of
WHITNEY R OVERBEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8301 | xxxx  xxxx | $496.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| L0K | 101362 | 000300 | | 0000520255 | 1 |

# Earnings Statement  ADP

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN PA 19036

Period Beginning: 12/15/2024
Period Ending: 12/21/2024
Pay Date: 12/24/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

WHITNEY R OVERBEY
1853 WEST CHAMPLOST AVENUE
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 3,701.13 |
| Overtime | 21.7500 | 2.00 | 43.50 | 217.50 |
| Holiday Wrk | | | | 152.25 |
| SignOnBon | | | | 250.00 |
| **Gross Pay** | | | **$623.50** | 4,320.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.67 | 289.60 |
| | Social Security Tax | -38.65 | 267.89 |
| | Medicare Tax | -9.04 | 62.65 |
| | PA State Income Tax | -19.14 | 132.65 |
| | Philadelphia Income Tax | -23.38 | 162.03 |
| | PA SUI Tax | -0.43 | 3.02 |
| **Net Pay** | | **$496.19** | |
| CHECKING | | -496.19 | |
| **Net Check** | | **$0.00** | |

Other Benefits and Information  this period  total to date
Totl Hrs Worked  42.00

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Married

Your federal taxable wages this period are $623.50

© 2000 ADP, Inc.

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN PA 19036

Advice number: 00000520255
Pay date: 12/24/2024

Deposited to the account of
WHITNEY R OVERBEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8301 | xxxx xxxx | $496.19 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO | |
|---|---|---|---|---|---|
| L0K | 101362 | 000300 | | 0000020254 | 1 |

# Earnings Statement
**ADP**

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN  PA  19036

Period Beginning: 12/22/2024
Period Ending: 01/04/2025
Pay Date: 01/10/2025

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

WHITNEY  R  OVERBEY
1853 WEST CHAMPLOST AVENUE
PHILADELPHIA  PA  19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 21.00 | 304.50 | 304.50 |
| Overtime | 21.7500 | 2.00 | 43.50 | 43.50 |
| Holiday Wrk | 21.7500 | 7.00 | 152.25 | 152.25 |
| **Gross Pay** | | | **$500.25** | 500.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 30.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -31.02 | 31.02 |
| | Medicare Tax | -7.25 | 7.25 |
| | PA State Income Tax | -15.36 | 15.36 |
| | Philadelphia Income Tax | -18.76 | 18.76 |
| | PA SUI Tax | -0.35 | 0.35 |
| **Net Pay** | | **$427.51** | |
| CHECKING | | -427.51 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married

Your federal taxable wages this period are $500.25

© 2000 ADP, Inc

SUMA HOME CARE INC
23 S CHESTER PIKE
GLENOLDEN  PA  19036

Advice number:  00000020254
Pay date:  01/10/2025

Deposited to the account of
WHITNEY  R  OVERBEY

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx8301 | xxxx | xxxx | $427.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 101362 | XXX-XX-8822 | 000300 | | Hourly |

## Personal Earning Statement

5UH-001

Period Begins: 01/19/2025    Pay Date: 01/31/2025
Period Ends: 01/25/2025    Check No.: 3047

**Suma Home Care Inc**
23 S Chester Pike
Glenolden, PA, 19036

**WHITNEY R OVERBEY**
1853 West Champlost Avenue
Philadelphia, PA 19141

### Earnings

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Regular | | 01/19/2025 | | | 14.50 | 5.00 | 72.50 |
| Regular | | 01/20/2025 | | | 14.50 | 6.00 | 87.00 |
| Regular | | 01/21/2025 | | | 14.50 | 7.00 | 101.50 |
| Regular | | 01/22/2025 | | | 14.50 | 6.00 | 87.00 |
| Regular | | 01/23/2025 | | | 14.50 | 7.00 | 101.50 |
| Regular | | 01/24/2025 | | | 14.50 | 4.03 | 58.44 |
| Overtime | | 01/24/2025 | | | 21.75 | 1.97 | 42.85 |
| Regular | | 01/25/2025 | | | 14.50 | 5.00 | 72.50 |

| | | |
|---|---|---|
| Total Current Hours | 42.00 | Total Current Amount $623.29 |
| Total YTD Hours | 113.92 | Total YTD Amount $1,745.53 |

### Taxes

| Taxes | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Sec. | | 38.64 | 108.22 |
| Glenolden B LS | Standard | 1.00 | 2.00 |
| Medicare | | 9.04 | 25.31 |
| Federal | Head of Household | 0.00 | 0.00 |
| PA State | Married - 0 | 19.14 | 53.60 |
| Philly Res | Married - 0 | 23.37 | 65.45 |
| PA SUI EE | | 0.44 | 1.23 |
| Total Taxes | | 91.63 | 255.81 |

**Net Pay**    $531.66

---

**Suma Home Care Inc**
23 S Chester Pike
Glenolden, PA 19036

TD BANK
180 W DUNCANNON AVE
PHILADELPHIA, PA 19120

Check Number  3047
Pay Date  01/31/2025

Amount  FIVE HUNDRED THIRTY-ONE DOLLARS AND SIXTY-SIX CENTS    $531.66

Pay to the order of:  **WHITNEY R OVERBEY**
1853 West Champlost Avenue
Philadelphia, PA 19141

THIS IS NOT A CHECK

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 101362 | XXX-XX-8822 | 000300 | | Hourly |

## Personal Earning Statement

**5UH-001**

**Period Begins:** 01/26/2025  **Pay Date:** 02/07/2025
**Period Ends:** 02/01/2025  **Check No.** 3084

**Suma Home Care Inc**
23 S Chester Pike
Glenolden, PA, 19036

**WHITNEY R OVERBEY**
1853 West Champlost Avenue
Philadelphia, PA 19141

### Earnings

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Regular | | | | | 14.50 | 19.00 | 275.50 |
| Overtime | | | | | 14.50 | 15.00 | 217.50 |
| Regular | | 01/19/2025 | | | 14.50 | 5.00 | 72.50 |
| Regular | | 01/20/2025 | | | 14.50 | 6.00 | 87.00 |
| Regular | | 01/21/2025 | | | 14.50 | 7.00 | 101.50 |
| Regular | | 01/22/2025 | | | 14.50 | 6.00 | 87.00 |
| Regular | | 01/23/2025 | | | 14.50 | 7.00 | 101.50 |
| Regular | | 01/24/2025 | | | 14.50 | 4.03 | 58.44 |
| Overtime | | 01/24/2025 | | | 21.75 | 1.97 | 42.85 |
| Regular | | 01/25/2025 | | | 14.50 | 5.00 | 72.50 |

| | Total Current Hours | 76.00 | Total Current Amount | $1,116.29 |
|---|---|---|---|---|
| | Total YTD Hours | 189.92 | Total YTD Amount | $2,861.82 |

### Taxes

| Taxes | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Sec. | | 69.21 | 177.43 |
| Glenolden B LS | Standard | 1.00 | 3.00 |
| Medicare | | 16.19 | 41.50 |
| Federal | Head of Household | 37.03 | 37.03 |
| PA State | Married - 0 | 34.27 | 87.87 |
| Philly Res | Married - 0 | 41.86 | 107.31 |
| PA SUI EE | | 0.78 | 2.01 |
| **Total Taxes** | | 200.34 | 456.15 |

**Net Pay** $915.95

---

**Suma Home Care Inc**
23 S Chester Pike
Glenolden, PA 19036

TD BANK
180 W DUNCANNON AVE
PHILADELPHIA, PA 19120

**Check Number** 3084
**Pay Date** 02/07/2025

Amount  NINE HUNDRED FIFTEEN DOLLARS AND NINETY-FIVE CENTS    $915.95

THIS IS NOT A CHECK

Pay to the order of:  **WHITNEY R OVERBEY**
1853 West Champlost Avenue
Philadelphia, PA 19141