Certificate Number: 15317-PAE-DE-039428408

Bankruptcy Case Number: 25-10455



15317-PAE-DE-039428408

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2025</u>, at <u>7:10</u> o'clock <u>AM PDT</u>, <u>Whitney R Overbey</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 11, 2025          By:   /s/Marvin Dela Cruz

Name:   Marvin Dela Cruz

Title:   Credit Counselor