# UNITED STATES BANKRUPTCY COURT
## District of Eastern Pennsylvania
## Withdrawal / Expungement of Claim

Re: Whitney Overbey

Case:25-10455

Claim No.: 7-1

Creditor,Discover  Bank,  hereby  notifies the  Court that claim   **No. 7-1, filed on 04-07-2025**   will be or has been withdrawn.

**Signed: /s/ Sarah Irimies**
**Discover Bank**
**PO Box 3025**
**New Albany, OH 43054-3025**
**Date: 04/22/2025**