**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| WHITNEY OVERBY, | : Case No. 25-10455 (PMM) |
| | : |
| Debtor. | : |
| | : |

**ORDER APPROVING STIPULATION
FOR ADEQUATE PROTECTION**

    **AND NOW**, on this _____ day of  May, 2025, upon consideration of the May 14, 2025

Stipulation Resolving Request of Police and Fire Federal Credit Union for Adequate Protection

(the "Stipulation"), **IT IS HEREBY ORDERED** that the Stipulation is APPROVED on the

terms set forth therein;

Dated:  May _, 2025

                                 _____
                                 Honorable Patricia M. Mayer
                                 United States Bankruptcy Judge