**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WHITNEY OVERBY, | : | Case No. 25-10455 (PMM) |
| Debtor. | : | |

**ORDER APPROVING STIPULATION
FOR ADEQUATE PROTECTION**

**AND NOW**, on this  23rd  day of May, 2025, upon consideration of the May 14, 2025 Stipulation Resolving Request of Police and Fire Federal Credit Union for Adequate Protection (the "Stipulation"), **IT IS HEREBY ORDERED** that the Stipulation is APPROVED on the terms set forth therein;

Dated: May 23, 2025

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge

#125023398v1