L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Whitney Overbey** | : | **Chapter 13** |
| | : | |
| **Debtor(s)** | : | **Bky. No. 25-10455** |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, Michelle Lee, certify that on February 3, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  10/28/2025         /s/ Michelle Lee
                          DILWORTH PAXSON LLP
                          Michelle Lee, Esq.
                          1650 Market Street, Suite 1200
                          Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐<br>Other_____ |
| **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐<br>Other_____ |
| **Whitney Overbey**<br>1853 W. Champlost<br>Philadelphia, PA 19141<br>Woverbey21@gmail.com | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ X E-mail<br>☐ CM/ECF<br>☐<br>Other_____ |
| Creditors Matrix | Creditors | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐<br>Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐<br>Other_____ |

# Creditors

**Capital Management Services**
698 1/2 S. Ogden Street
Buffalo, NY 14206-2317

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Dept Of Education/neln**
Po Box 82561
Lincoln, NE 68501

**Discover Bank**
P.O. Box 3025
New Albany, OH 43054-3025

**Discover Financial**
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

**Dovenmuehl Mortgage**
Attn: Bankruptcy
Mailstop 1290 1 Corporate Drive Ste 360
Lake Zurich, IL 60047

**Elan Financial Service**
Cb Disputes
Saint Louis, MO 63166

**LAKEVIEW LOAN SERVICING, LLC**
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

**M&T Bank**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**Mr Cooper**
Attn: Bankruptcy
Po Box 613287
Dallas, TX 75261

**Nelnet**
Attn: Claims
Po Box 82505
Lincoln, NE 68501

**Philadelphia Department of Revenue**
Municipal Services Bldg
1401 JFK Blvd., Taxpayer Services
Philadelphia, PA 19102

**Philadelphia Federal Credit Union**
12800 Townsend Road
Philadelphia, PA 19154-1003

**Philadelphia Federal Credit Union**
Attn: Bankruptcy
12800 West Townsend
Philadelphia, PA 19154

**Police & Fire FCU**
901 Arch Street
Philadelphia, PA 19107

**Police & Fire FCU**
Attn: Bankruptcy
901 Arch St
Philadelphia, PA 19107

**Police & Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 12914
Norfolk, VA 23541

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Syncb/Old Navy**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**US Department of Education c/o Nelnet**
121 South 13th Street
Lincoln, NE 68508

**Westlake Financial Services**
PO Box 54807
Los Angeles, CA 90054

**Westlake Portfolio Management, LLC**
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90054

**Westlake Services, LLC dba Westlake Financial Serv**
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010