## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Whitney Overbey <br> <u>Debtor</u> <br><br> LAKEVIEW LOAN SERVICING, LLC <br> <u>Moving Party</u> <br> vs. <br><br> Whitney Overbey <br> <u>Debtor</u> <br><br> Kenneth E. West <br> <u>Trustee</u> | CHAPTER 13 <br><br><br> NO. 25-10455 PMM <br><br><br><br> 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __18th__ day of __November__, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge