United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Whitney Overbey

   Debtor

Case No. 25-10455-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                      Page 1 of 3

Date Rcvd: May 12, 2026                         Form ID: 155                              Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Whitney Overbey, 1853 W. Champlost, Philadelphia, PA 19141-1317 |
| 14974841 | | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14974836 | | Email/Text: cms-bk@cms-collect.com | May 13 2026 00:14:00 | Capital Management Services, 698 1/2 S. Ogden Street, Buffalo, NY 14206-2317 |
| 14974837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 00:44:34 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14974838 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 13 2026 00:14:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14993949 | | Email/Text: mrdiscen@discover.com | May 13 2026 00:14:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14974839 | + | Email/Text: mrdiscen@discover.com | May 13 2026 00:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14974840 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | May 13 2026 00:14:00 | Dovenmuehl Mortgage, Attn: Bankruptcy, Mailstop 1290 1 Corporate Drive Ste 360, Lake Zurich, IL 60047-8945 |
| 14974841 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 13 2026 00:14:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14997058 | ^ | MEBN | May 13 2026 00:11:05 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14977573 | ^ | MEBN | May 13 2026 00:11:07 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14974842 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 13 2026 00:14:00 | Mr Cooper, Attn: Bankruptcy, Po Box 613287, Dallas, TX 75261-3287 |
| 14974843 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 13 2026 00:14:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14974846 | | Email/Text: CollectionsDept@PFCU.COM | May 13 2026 00:14:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 14974845 | | Email/Text: CollectionsDept@PFCU.COM | May 13 2026 00:14:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 West Townsend, Philadelphia, PA 19154 |
| 14997209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 00:22:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 14996793 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0313-2                 User: admin                 Page 2 of 3

Date Rcvd: May 12, 2026              Form ID: 155                 Total Noticed: 26

| ID | | Manner | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 13 2026 00:23:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14974844 | + | Email/Text: megan.harper@phila.gov | May 13 2026 00:14:00 | Philadelphia Department of Revenue, Municipal Services Bldg, 1401 JFK Blvd., Taxpayer Services, Philadelphia, PA 19102-1617 |
| 14974848 | + | Email/Text: bankruptcy1@pffcu.org | May 13 2026 00:14:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14974847 | + | Email/Text: bankruptcy1@pffcu.org | May 13 2026 00:14:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14981788 | + | Email/Text: bankruptcy1@pffcu.org | May 13 2026 00:14:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14995344 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 00:22:47 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14974849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 00:23:02 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14982516 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 13 2026 00:14:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 14974850 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 13 2026 00:14:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |
| 14974851 | ^ | MEBN | May 13 2026 00:11:04 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14996667 | ^ | MEBN | May 13 2026 00:11:17 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | |
| | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com |

District/off: 0313-2                                    User: admin                                    Page 3 of 3

Date Rcvd: May 12, 2026                            Form ID: 155                            Total Noticed: 26

JOHN ERIC KISHBAUGH, I

    on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE LEE

    on behalf of Debtor Whitney Overbey bky@dilworthlaw.com  ksheronas@dilworthlaw.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )

    Whitney Overbey            )           Case No. 25–10455–pmm

                     )

                     )

    Debtor(s).                )           Chapter: 13

                     )

                     )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 12, 2026                            For The Court

                                             Patricia M. Mayer
                                             Judge, United States Bankruptcy Court